IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JESSE LEMA, et al., | ) | CASE NO. 1:26-cv-02013 |
| Plaintiffs, | ) | JUDGE DAN AARON POLSTER |
| v. | ) | |
| APPLE AMERICAN GROUP LLC and APPLE AMERICAN GROUP II, LLC, | ) | **MOTION FOR ADMISSION PRO HAC VICE OF JAMES F. MONAGLE** |
| Defendants. | ) | |

Pursuant to Local Rule 83.5(h) of the Rules of the United States District Court for the Northern District of Ohio, Defendants Apple American Group LLC and Apple American Group II, LLC move this Court to grant leave for attorney, James F. Monagle, to appear *pro hac vice* in this action on their behalf. In support of this Motion, the undersigned asserts the following:

1. Mr. Monagle is an attorney at Mullen Coughlin LLC, which is located at 500 Capitol Mall, Suite 2350, Sacramento, California 95814.

2. His business telephone number is (267) 930-1529, his fax number is (267) 930-4771 and his email address is jmonagle@mullen.law.

3. The Declaration of Mr. Monagle, which is offered in support of this Motion and contains the specific information required by Local Rule 83.5(h), is attached as Exhibit A.

4. As noted in his Declaration, Mr. Monagle is a member in good standing of the Supreme Court of California, and his California bar number is 236638; the Supreme Court of New Jersey, and his New Jersey bar number is 092082015; and the Supreme Court of New York, and his bar number is 5418421. No disciplinary proceedings have been filed or are pending against him, and he has not been disbarred from practice before any court, department, bureau, or commission of any state or the United States. Also, as noted, Mr. Monagle has never received any

reprimand from any such court, department, bureau, or commission pertaining to conduct or fitness as a member of any bar.

5. The undersigned is tendering the required filing fee with this Motion.

WHEREFORE, Defendants Apple American Group LLC and Apple American Group II, LLC respectfully request that this Court grant attorney James F. Monagle limited admission to appear in this Court, in this particular proceeding, on their behalf.

Respectfully submitted,

*/s/ Tracey L. Turnbull*

Tracey L. Turnbull (0066958)
Jill G. Okun (0034477)
PORTER WRIGHT MORRIS & ARTHUR LLP
950 Main Avenue, Suite 500
Cleveland, Ohio 44113
216-443-9000 (Phone)
216-443-9011 (Facsimile)
tturnbull@porterwright.com
jokun@porterwright.com

Katlyn A. Patton (0097911)
PORTER WRIGHT MORRIS & ARTHUR LLP
250 East Fifth Street, Suite 2200
Cincinnati, OH 45202
(513) 369-4214 (Phone)
(513) 421-0991 (Facsimile)
kpatton@porterwright.com

Attorneys for Defendants Apple American Group LLC and Apple American Group II, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2026 a copy of foregoing Motion for Admission Pro Hac Vice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Tracey L. Turnbull*
One of the Attorneys for Defendants
Apple American Group LLC and
Apple American Group II, LLC