IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JESSE LEMA, et al., | ) | CASE NO. 1:26-cv-02013 |
| | ) | |
| Plaintiffs, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | |
| | ) | **MOTION FOR ADMISSION PRO** |
| APPLE AMERICAN GROUP LLC and | ) | **HAC VICE OF JUSTIN RICK** |
| APPLE AMERICAN GROUP II, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Local Rule 83.5(h) of the Rules of the United States District Court for the Northern District of Ohio, Defendants Apple American Group LLC and Apple American Group II, LLC move this Court to grant leave for attorney, Justin Rick, to appear *pro hac vice* in this action on their behalf. In support of this Motion, the undersigned asserts the following:

1. Mr. Rick is an attorney at Mullen Coughlin LLC, which is located at 426 W. Lancaster Avenue, Suite 200, Devon, Pennsylvania 19333.

2. His business telephone number is (267) 930-5369, his fax number is (267) 930-4771 and his email address is jrick@mullen.law.

3. The Declaration of Mr. Rick, which is offered in support of this Motion and contains the specific information required by Local Rule 83.5(h), is attached as Exhibit A.

4. As noted in his Declaration, Mr. Rick is a member in good standing of the Supreme Court of Pennsylvania, and his Pennsylvania bar number is 307461. No disciplinary proceedings have been filed or are pending against him, and he has not been disbarred from practice before any court, department, bureau, or commission of any state or the United States. Also, as noted, Mr. Rick has never received any reprimand from any such court, department, bureau, or commission

pertaining to conduct or fitness as a member of any bar.

5. The undersigned is tendering the required filing fee with this Motion.

WHEREFORE, Defendants Apple American Group LLC and Apple American Group II, LLC respectfully request that this Court grant attorney Justin Rick limited admission to appear in this Court, in this particular proceeding, on their behalf.

Respectfully submitted,

*/s/ Tracey L. Turnbull*
Tracey L. Turnbull (0066958)
Jill G. Okun (0034477)
PORTER WRIGHT MORRIS & ARTHUR LLP
950 Main Avenue, Suite 500
Cleveland, Ohio 44113
216-443-9000 (Phone)
216-443-9011 (Facsimile)
tturnbull@porterwright.com
jokun@porterwright.com

Katlyn A. Patton (0097911)
PORTER WRIGHT MORRIS & ARTHUR LLP
250 East Fifth Street, Suite 2200
Cincinnati, OH 45202
(513) 369-4214 (Phone)
(513) 421-0991 (Facsimile)
kpatton@porterwright.com

Attorneys for Defendants Apple American Group LLC and Apple American Group II, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2026 a copy of foregoing Motion for Admission Pro Hac Vice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Tracey L. Turnbull*
One of the Attorneys for Defendants
Apple American Group LLC and
Apple American Group II, LLC