IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HAGEN SCHICK, on behalf of himself and on behalf of all other similarly situated individuals, | ) | LEAD CASE NO. 1:26-cv-02013 |
| | ) | MEMBER CASE NO. 1:26-cv-02036 |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| v. | ) | **DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT** |
| APPLE AMERICAN GROUP, LLC AND APPLE AMERICAN GROUP II, LLC, | ) | |
| Defendants. | ) | |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendants Apple American Group, LLC and Apple American Group II, LLC respectfully move this Court to extend their respective deadlines to respond to Plaintiff Hagen Schick Class Action Complaint until November 26, 2026.

Good cause supports the requested additional time to respond to the Complaint. Specifically, Defendants understand that Plaintiffs intend to seek consolidation of this action with the related matters and to file a consolidated complaint. Responding to the current operative complaint before consolidation would require Defendants to prepare multiple, duplicative pleadings that will be rendered moot once a consolidated complaint is filed, resulting in unnecessary expense and inefficiency for the parties and the Court, and a short extension will allow the parties to proceed on a single, unified pleading and promote judicial economy.

Defendants have not previously requested an extension in this matter. This request is made in good faith and not for purposes of delay and Plaintiff consents to this additional time. There are no pending deadlines in this action and the requested extension will not prejudice any party or delay this proceeding.

For the foregoing reasons, Defendants Apple American Group, LLC and Apple American Group II, LLC respectfully request the deadline for responding to Plaintiff's Class Action Complaint be extended 30 days or until November 26, 2026.

Respectfully submitted,

*/s/ Tracey L. Turnbull*
Tracey L. Turnbull (0066958)
PORTER WRIGHT MORRIS & ARTHUR LLP
950 Main Avenue, Suite 500
Cleveland, Ohio 44113
(216) 443-9000 / Fax (216) 443-9011
tturnbull@porterwright.com

*/s/ James F. Monagle*
James F. Monagle (admitted *pro hac vice*)
Justin A. Rick (admitted *pro hac vice*)
MULLEN COUGHLIN LLC
500 Capitol Mall, Suite 2350
Sacramento, CA 95814
(267) 930-1529
jmonagle@mullen.law
jrick@mullen.law

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 23, 2026, the foregoing Unopposed Motion for Enlargement of Time to Respond to Plaintiff's Class Action Complaint was filed electronically using the Court's CM/ECF system. Notice of this filing will be sent by operation of the Court's e-Filing System to all counsel of record.

*/s/James Monagle*
One of the Attorneys for Defendants
Apple American Group, LLC and
Apple American Group II, LLC