**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **JESSE LEMA,** *on behalf of herself and all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>**APPLE AMERICAN GROUP LLC and APPLE AMERICAN GROUP II, LLC,**<br><br>Defendants. | Case No. 1:26-cv-02013<br><br>Judge Dan Aaron Polster<br><br>Filed on August 23, 2026 |
| **SHILO DANIELS,** *individually, and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>**APPLE AMERICAN GROUP LLC and APPLE AMERICAN GROUP II, LLC,**<br><br>Defendants. | Case No. 1:26-cv-02023<br><br>Judge Dan Aaron Polster<br><br>Filed on August 24, 2026 |
| **LAWRENCE GATES,** *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>**APPLE AMERICAN GROUP LLC and APPLE AMERICAN GROUP II, LLC,**<br><br>Defendants. | Case No. 1:26-cv-02024<br><br>Judge Dan Aaron Polster<br><br>Filed on August 24, 2026 |

| | |
|---|---|
| **CHRISTOPHER MACKENZIE,** *individually, and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>**APPLE AMERICAN GROUP LLC and APPLE AMERICAN GROUP II, LLC,**<br><br>Defendants. | Case No. 1:26-cv-02025<br><br>Judge Dan Aaron Polster<br><br>Filed on August 24, 2026 |
| **KIMBERLY TINDALE,** *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>**APPLE AMERICAN GROUP LLC and APPLE AMERICAN GROUP II LLC,**<br><br>Defendant. | Case No. 1:26-cv-02032<br><br>Judge Dan Aaron Polster<br><br>Filed on August 24, 2026 |
| **HAGEN SCHICK,** *on behalf of himself and all other similarly situated individuals,*<br><br>Plaintiff,<br><br>v.<br><br>**APPLE AMERICAN GROUP LLC and APPLE AMERICAN GROUP II, LLC,**<br><br>Defendants. | Case No. 1:26-cv-02036<br><br>Judge Dan Aaron Polster<br><br>Filed on August 25, 2026 |
| **PHILIP SOUSIE,** *individually, and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>**APPLE AMERICAN GROUP LLC and APPLE AMERICAN GROUP II, LLC,**<br><br>Defendants. | Case No. 1:26-cv-02048<br><br>Judge Dan Aaron Polster<br><br>Filed on August 25, 2026 |

| | |
|---|---|
| **HALEIGH BURNS,** *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>**APPLE AMERICAN GROUP LLC and APPLE AMERICAN GROUP II, LLC,**<br><br>Defendants. | Case No. 1:26-cv-02051<br><br>Judge Dan Aaron Polster<br><br>Filed on August 25, 2026 |
| **AMY MOLYNEAUX,** *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>**APPLE AMERICAN GROUP LLC and APPLE AMERICAN GROUP II, LLC,**<br><br>Defendants. | Case No. 1:26-cv-02052<br><br>Judge Dan Aaron Polster<br><br>Filed on August 25, 2026 |
| **MAKAYLA MARTINY,** *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>**APPLE AMERICAN GROUP LLC and APPLE AMERICAN GROUP II, LLC,**<br><br>Defendants. | Case No. 1:26-cv-02053<br><br>Judge Dan Aaron Polster<br><br>Filed on August 25, 2026 |
| **JETT FINEGAN,** *individually, and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>**HUT AMERICAN GROUP LLC,**<br><br>Defendant. | Case No. 1:26-cv-02079<br><br>Judge Donald C. Nugent<br><br>Filed on August 27, 2026 |

| | |
|---|---|
| **TAYLOR CINDRICH,** *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>**APPLE AMERICAN GROUP LLC, APPLE AMERICAN GROUP II, LLC,**<br><br>Defendants. | Case No. 1:26-cv-02091<br><br>Judge Dan Aaron Polster<br><br>Filed on August 28, 2026 |
| **KENSLEE JENKINS,** *individually, and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>**BELL AMERICAN GROUP LLC,**<br><br>Defendant. | Case No. 1:26-cv-02117<br><br>Judge Donald C. Nugent<br><br>Filed on September 1, 2026 |
| **GABRIEL ORTIZ,** *on behalf of himself and all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>**APPLE AMERICAN GROUP LLC; APPLE AMERICAN GROUP II, LLC; and FLYNN GROUP, LP,**<br><br>Defendants. | Case No. 1:26-cv-02128<br><br>Judge Dan Aaron Polster<br><br>Filed on September 1, 2026 |
| **CARTER SHIPLEY,**<br><br>Plaintiff,<br><br>v.<br><br>**APPLE AMERICAN GROUP LLC and APPLE AMERICAN GROUP II, LLC,**<br><br>Defendant. | Case No. 1:26-cv-02162<br><br>Judge Dan Aaron Polster<br><br>Filed on September 4, 2026 |

| | |
|---|---|
| **MAKAYLA SHELTON,** *individually, and on behalf of all others similarly situated*, <br> Plaintiff, <br> v. <br> **WEND AMERICAN GROUP LLC,** <br> Defendant. | Case No. 1:26-cv-02210 <br> Judge Dan Aaron Polster <br> Filed on September 10, 2026 |
| **SUMMER WOOTEN,** *individually and on behalf of all others similarly situated*, <br> Plaintiff, <br> v. <br> **WEND AMERICAN GROUP LLC,** <br> Defendant. | Case No. 1:26-cv-02578 <br> Judge Dan Aaron Polster <br> Filed on October 1, 2026 |

**PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE, ASSIGN TO COMPLEX TRACK, AND SET INITIAL PLEADING AND BRIEFING DEADLINES**

Pursuant to Rule 42 of the Federal Rules of Civil Procedure, Plaintiffs Lawrence Gates, Haleigh Burns, Amy Molyneaux, Makayla Martiny, and Gabriel Ortiz ("Plaintiffs") respectfully request (1) that the above-captioned proposed class actions (the "Related Actions"), filed between August 23 and October 1, 2026, be transferred to Judge Polster pursuant to Local Rule 3.1(b)(3), to the extent not already pending before him, and consolidated for all purposes into the first-filed action, *Lema v. Apple American Group LLC*, No. 1:26-cv-02013 ("*Lema*"), and that the consolidated action be recaptioned *In re Apple American Group Data Breach Litigation*; (2) that the Court assign the consolidated action to the Complex Track, further to the Notice of Complex Litigation filed together with this Motion in the *Lema* case; and (3) that the Court set initial

pleading and briefing deadlines in the consolidated action, including a deadline for the filing of a consolidated class action complaint.

On September 4, 2026, the Court entered an order consolidating, pursuant to Rule 42(a), the matters then pending before it against “Apple American Group LLC, et al.” (including named defendants Apple American Group II, LLC, and Flynn Group, LP), designating *Lema* as the lead case. That order listed ten Related Actions, but did not list three cases then pending in the District: *Gates* (No. 1:26-cv-02024), *Mackenzie* (No. 1:26-cv-02025), and *Martiny* (No. 1:26-cv-02053), all of which have been reassigned to Judge Polster. All Plaintiffs have been added to the docket sheet in the Lead Case, and all their cases appear as Member Cases on that docket sheet except for *Gates*.

Four additional Related Actions arising from the same data breach, *Finegan* (No. 1:26-cv-02079), *Jenkins* (No. 1:26-cv-02117), *Shelton* (No. 1:26-cv-02210), and *Wooten* (No. 1:26-cv-02578), name alleged affiliated companies Hut American Group LLC, Bell American Group LLC, and Wend American Group LLC as defendants. Of these, *Finegan* and *Jenkins* are currently pending before Judge Nugent, and *Shelton* and *Wooten*, both naming Wend American Group LLC, have already been reassigned to Judge Polster.

This Motion asks the Court to confirm that the thirteen Related Actions, including *Gates*, involving Apple American Group entities are consolidated for all purposes, to consolidate the four additional Related Actions involving other alleged affiliated entities for all purposes, to consolidate any related matters that may be filed in this District in future, to recaption the consolidated action, and to enter the case-management provisions requested.

Plaintiffs have conferred with counsel for Defendants Apple American Group LLC, Apple American Group II, LLC, Flynn Group, LP, Hut American Group LLC, Bell American Group

LLC, and Wend American Group LLC, who have indicated that Defendants do not oppose the relief sought in this Motion. Counsel for the plaintiffs in the other Related Actions all support the relief sought in this Motion.

Nothing in this Motion, the act of consolidation, or any related filings or appearances shall be construed as a waiver, relinquishment, or limitation on Defendants' rights to seek enforcement of any applicable arbitration agreements involving any plaintiffs or putative class members, and Defendants retain the ability to seek to compel arbitration under the Federal Arbitration Act or related state law at any time.

Plaintiffs rely on the attached Memorandum of Law in support of their Motion. A Proposed Order is submitted herewith for the Court's consideration.

Dated: November 5, 2026

Respectfully submitted,

*/s/ Terence R. Coates*

Terence R. Coates (0085579)
*Trial Attorney*
Dylan J. Gould (0097954)
Spencer D. Campbell (0103001)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, Ohio 45202
Telephone: (513) 651-3700
Facsimile: (513) 665-0219
*tcoates@msdlegal.com*
*dgould@msdlegal.com*
*scampbell@msdlegal.com*

*Counsel for Plaintiffs Gates, Burns, Molyneaux, Martiny, Ortiz, and the Putative Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2026, I served the foregoing upon counsel for all parties in the above-captioned cases by filing it with the Court's electronic filing system in Case Nos. 1:26-cv-02013, 1:26-cv-02024, 1:26-cv-02079, 1:26-cv-02117, 1:26-cv-02210, and 1:26-cv-02578, in accordance with Fed. R. Civ. P. 5(b)(2)(E).

*/s/ Terence R. Coates*
Terence R. Coates (0085579)

*Counsel for Plaintiffs Gates, Burns, Molyneaux, Martiny, Ortiz, and the Putative Class*