**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **JESSE LEMA,** *on behalf of herself and all others similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>**APPLE AMERICAN GROUP LLC and APPLE AMERICAN GROUP II, LLC,**<br><br>Defendants. | Case No. 1:26-cv-02013-DAP<br><br>Judge Dan Aaron Polster<br><br>**NOTICE OF COMPLEX LITIGATION** |

Pursuant to LR 16.3(c), Plaintiffs Lawrence Gates, Haleigh Burns, Amy Molyneaux, Makayla Martiny, and Gabriel Ortiz, by and through undersigned counsel, hereby submit this Notice of Complex Litigation in connection with their Motion to Consolidate, Assign to Complex Track, and Set Initial Pleading and Briefing Deadlines (ECF No. 19), and state as follows:

**1. Nature of the Case.**

This is a putative class action arising from a data breach affecting current and former employees of Defendants Apple American Group LLC and Apple American Group II, LLC (together, "Defendants"), which together operate hundreds of Applebee's restaurants across 23 states. Defendants collected, and maintained in their computer systems, private information from their employees, including Plaintiffs and members of the putative class, as a condition of employment.

In April 2026, an unauthorized actor accessed Defendants' servers and accessed or acquired files containing that information, including names, Social Security numbers, government-issued identification numbers, and financial account information. Plaintiffs allege that Defendants failed to implement and maintain reasonable data security measures, resulting in unauthorized access to and acquisition of Plaintiffs' and putative Class Members' Private Information.

Plaintiffs assert claims for, among other things, negligence, breach of implied contract, and unjust enrichment on behalf of proposed nationwide classes. This action constitutes Complex Litigation within the meaning of LR 16.3(c)(1)(A) because, among other things, it is related to the other cases identified below and involves more than five real parties in interest.

**2. Related Cases.**

***(i) Cases in this District***

This action is related, within the meaning of LR 16.3(c)(1)(C), to the following cases currently pending in this District, which are all brought against Apple American Group LLC and Apple American Group II, LLC, or their affiliated companies, arise from the same data breach, and involve substantially the same facts:

(i) *Shilo Daniels v. Apple American Group LLC, et al.,* No. 1:26-cv-02023;

(ii) *Lawrence Gates v. Apple American Group LLC, et al.,* No. 1:26-cv-02024;

(iii) *Christopher MacKenzie v. Apple American Group LLC, et al.,* No. 1:26-cv-02025;

(iv) *Kimberly Tindale v. Apple American Group LLC, et al.,* No. 1:26-cv-02032;

(v) *Hagen Schick v. Apple American Group LLC, et al.,* No. 1:26-cv-02036;

(vi) *Philip Sousie v. Apple American Group LLC, et al.,* No. 1:26-cv-02048;

(vii) *Haleigh Burns v. Apple American Group LLC, et al.,* No. 1:26-cv-02051;

(viii) *Amy Molyneaux v. Apple American Group LLC, et al.,* No. 1:26-cv-02052;

(ix) *Makayla Martiny v. Apple American Group LLC, et al.,* No. 1:26-cv-02053;

(x) *Jett Finegan v. Hut American Group LLC,* No. 1:26-cv-02079;

(xi) *Taylor Cindrich v. Apple American Group LLC, et al.,* No. 1:26-cv-02091;

(xii) *Kenslee Jenkins v. Bell American Group LLC,* No. 1:26-cv-02117;

(xiii) *Gabriel Ortiz v. Apple American Group LLC, et al.,* No. 1:26-cv-02128;

(xiv) *Carter Shipley v. Apple American Group LLC, et al.,* No. 1:26-cv-02162;

(xv) *Makayla Shelton v. Wend American Group LLC,* No. 1:26-cv-02210; and

(xvi) *Summer Wooten v. Wend American Group LLC,* No. 1:26-cv-02578.

Each of these cases, other than *Finegan* and *Jenkins*, has been transferred to the docket of Judge Dan Aaron Polster as related to this action pursuant to LR 3.1(b)(3). *Finegan* and *Jenkins* are pending before Judge Donald C. Nugent. Plaintiffs have requested that those cases be transferred to Judge Polster and consolidated as related to this action pursuant to LR 3.1(b)(3).

***(ii) Case in Other District***

This action is related, within the meaning of LR 16.3(c)(1)(C), to the following case currently pending in the Northern District of California, which is brought against Apple American Group LLC, Apple American Group II, LLC, and Flynn Group, LP, arises from the same data breach, and involves substantially the same facts:

(i) *Aaron Ochoa v. Flynn Group, LP, et al.,* No. 3:26-cv-08798.

**3. Counsel for Other Parties.**

In this District, Defendants Apple American Group LLC and Apple American Group II, LLC have appeared through Tracey L. Turnbull of Porter Wright Morris & Arthur LLP, and James F. Monagle and Justin A. Rick of Mullen Coughlin LLC, the latter two admitted *pro hac vice*. Defendant Flynn Group, LP, which is named only in *Ortiz*, has appeared through the same counsel, together with Jill G. Okun and Katlyn A. Patton of Porter Wright Morris & Arthur LLP. *See Ortiz*, No. 1:26-cv-02128, ECF No. 9. Defendants Hut American Group LLC, Bell American Group LLC, and Wend American Group LLC, which are named in *Finegan*, *Jenkins*, *Shelton*, and *Wooten*, have not yet appeared. Plaintiffs are not aware of any other party whose counsel has not yet entered an appearance.

Dated: November 6, 2026

Respectfully submitted,

/s/ *Terence R Coates*

Terence R. Coates (0085579)
Dylan J. Gould (0097954)
Spencer D. Campbell (0103001)
**MARKOVITS, STOCK & DEMARCO LLC**
119 East Court Street, Suite 530
Cincinnati, Ohio 45202
Telephone: (513)-651-3700
Facsimile: (513)-665-0219
tcoates@msdlegal.com
dgould@msdlegal.com
scampbell@msdlegal.com

*Attorneys for Plaintiffs Gates, Burns, Molyneaux, Martiny, Ortiz, and the Putative Class*

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2026, I served the foregoing upon counsel for all parties by filing it with the Court's electronic filing system in accordance with Fed. R. Civ. P. 5(b)(2)(E).

*/s/ Terence R. Coates*
Terence R. Coates (0085579)