**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **JESSE LEMA,** *on behalf of herself and all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>**APPLE AMERICAN GROUP LLC and APPLE AMERICAN GROUP II, LLC,**<br><br>Defendants. | Case No. 1:26-cv-02013<br><br>Judge Dan Aaron Polster<br><br>Filed on August 23, 2026 |
| **SHILO DANIELS,** *individually, and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>**APPLE AMERICAN GROUP LLC and APPLE AMERICAN GROUP II, LLC,**<br><br>Defendants. | Case No. 1:26-cv-02023<br><br>Judge Dan Aaron Polster<br><br>Filed on August 24, 2026 |
| **LAWRENCE GATES,** *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>**APPLE AMERICAN GROUP LLC and APPLE AMERICAN GROUP II, LLC,**<br><br>Defendants. | Case No. 1:26-cv-02024<br><br>Judge Dan Aaron Polster<br><br>Filed on August 24, 2026 |

| | |
|---|---|
| **CHRISTOPHER MACKENZIE,** *individually, and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>**APPLE AMERICAN GROUP LLC and APPLE AMERICAN GROUP II, LLC,**<br><br>Defendants. | Case No. 1:26-cv-02025<br><br>Judge Dan Aaron Polster<br><br>Filed on August 24, 2026 |
| **KIMBERLY TINDALE,** *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>**APPLE AMERICAN GROUP LLC and APPLE AMERICAN GROUP II LLC,**<br><br>Defendant. | Case No. 1:26-cv-02032<br><br>Judge Dan Aaron Polster<br><br>Filed on August 24, 2026 |
| **HAGEN SCHICK,** *on behalf of himself and all other similarly situated individuals*,<br><br>Plaintiff,<br><br>v.<br><br>**APPLE AMERICAN GROUP LLC and APPLE AMERICAN GROUP II, LLC,**<br><br>Defendants. | Case No. 1:26-cv-02036<br><br>Judge Dan Aaron Polster<br><br>Filed on August 25, 2026 |
| **PHILIP SOUSIE,** *individually, and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>**APPLE AMERICAN GROUP LLC and APPLE AMERICAN GROUP II, LLC,**<br><br>Defendants. | Case No. 1:26-cv-02048<br><br>Judge Dan Aaron Polster<br><br>Filed on August 25, 2026 |

| | |
|---|---|
| **HALEIGH BURNS,** *individually and on behalf of all others similarly situated,*<br>Plaintiff,<br>v.<br>**APPLE AMERICAN GROUP LLC and APPLE AMERICAN GROUP II, LLC,**<br>Defendants. | Case No. 1:26-cv-02051<br>Judge Dan Aaron Polster<br>Filed on August 25, 2026 |
| **AMY MOLYNEAUX,** *individually and on behalf of all others similarly situated,*<br>Plaintiff,<br>v.<br>**APPLE AMERICAN GROUP LLC and APPLE AMERICAN GROUP II, LLC,**<br>Defendants. | Case No. 1:26-cv-02052<br>Judge Dan Aaron Polster<br>Filed on August 25, 2026 |
| **MAKAYLA MARTINY,** *individually and on behalf of all others similarly situated,*<br>Plaintiff,<br>v.<br>**APPLE AMERICAN GROUP LLC and APPLE AMERICAN GROUP II, LLC,**<br>Defendants. | Case No. 1:26-cv-02053<br>Judge Dan Aaron Polster<br>Filed on August 25, 2026 |
| **JETT FINEGAN,** *individually, and on behalf of all others similarly situated,*<br>Plaintiff,<br>v.<br>**HUT AMERICAN GROUP LLC,**<br>Defendant. | Case No. 1:26-cv-02079<br>Judge Donald C. Nugent<br>Filed on August 27, 2026 |

| | |
|---|---|
| **TAYLOR CINDRICH,** *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>**APPLE AMERICAN GROUP LLC, APPLE AMERICAN GROUP II, LLC,**<br><br>Defendants. | Case No. 1:26-cv-02091<br><br>Judge Dan Aaron Polster<br><br>Filed on August 28, 2026 |
| **KENSLEE JENKINS,** *individually, and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>**BELL AMERICAN GROUP LLC,**<br><br>Defendant. | Case No. 1:26-cv-02117<br><br>Judge Donald C. Nugent<br><br>Filed on September 1, 2026 |
| **GABRIEL ORTIZ,** *on behalf of himself and all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>**APPLE AMERICAN GROUP LLC; APPLE AMERICAN GROUP II, LLC; and FLYNN GROUP, LP,**<br><br>Defendants. | Case No. 1:26-cv-02128<br><br>Judge Dan Aaron Polster<br><br>Filed on September 1, 2026 |
| **CARTER SHIPLEY,**<br><br>Plaintiff,<br><br>v.<br><br>**APPLE AMERICAN GROUP LLC and APPLE AMERICAN GROUP II, LLC,**<br><br>Defendant. | Case No. 1:26-cv-02162<br><br>Judge Dan Aaron Polster<br><br>Filed on September 4, 2026 |

| | |
|---|---|
| **MAKAYLA SHELTON,** *individually, and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>**WEND AMERICAN GROUP LLC,**<br><br>Defendant**.** | Case No. 1:26-cv-02210<br><br>Judge Dan Aaron Polster<br><br>Filed on September 10, 2026 |
| **SUMMER WOOTEN,** *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>**WEND AMERICAN GROUP LLC,**<br><br>Defendant**.** | Case No. 1:26-cv-02578<br><br>Judge Dan Aaron Polster<br><br>Filed on October 1, 2026 |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE, ASSIGN TO COMPLEX TRACK, AND SET INITIAL PLEADING AND BRIEFING DEADLINES**

This matter is before the Court on the Unopposed Motion to Consolidate, Assign to Complex Track, and Set Initial Pleading and Briefing Deadlines (the "Motion") of Plaintiffs Lawrence Gates, Haleigh Burns, Amy Molyneaux, Makayla Martiny, and Gabriel Ortiz (the "Moving Plaintiffs") in the above-captioned actions (the "Related Actions"). The Moving Plaintiffs move to consolidate the Related Actions for all purposes, assign the consolidated action to the Complex Track, and set initial deadlines for pleading and briefing in the consolidated action.

Having reviewed the Motion, the Memorandum in Support, the Notice of Complex Litigation, and the Complaints in the Related Actions, and having found that the cases involve many of the same issues of fact and law, arise from the same alleged data breach involving Defendants Apple American Group LLC and Apple American Group II, LLC, Flynn Group, LP,

and their alleged affiliates Hut American Group LLC, Bell American Group LLC, and Wend American Group LLC (together with any other defendant named in the Related Actions, "Defendants"), assert many of the same claims, and propose class definitions that will encompass the same persons, the Court finds that the cases have sufficient commonality of issues and parties to warrant consolidation. The Court further finds that the benefits of consolidation are not outweighed by any risk of prejudice or jury confusion. Consolidation will promote judicial economy, preserve the parties' resources, and avoid disparate rulings in separate actions. This Order supplements the Court's non-document order of September 4, 2026, which consolidated the matters then pending involving Apple American Group LLC and designated *Lema* as the Lead Case, and extends consolidation to all of the Related Actions.

Likewise, the Court finds that the consolidated action satisfies the requirements for assignment to the Complex Track, that such assignment is now appropriate in light of the likely dispositive motion practice that may take place before the Case Management Conference, and that setting pleading and briefing deadlines for such practice is also warranted.

Accordingly, the Motion is GRANTED, and the Court ORDERS the following:

## I. Consolidation of the Related Actions

Pursuant to Local Rule 3.1(b)(3), and with the concurrence of the transferor judge, *Finegan v. Hut American Group LLC*, No. 1:26-cv-02079, and *Jenkins v. Bell American Group LLC*, No. 1:26-cv-02117, are TRANSFERRED to the docket of the undersigned as related to *Lema v. Apple American Group LLC, et al.*, No. 1:26-cv-02013.

The Related Actions are CONSOLIDATED for all purposes with the Lead Case, *Lema, et al. v. Apple American Group LLC*, No. 1:26-cv-02013, which is the lowest-numbered case, and the consolidated action is recaptioned *In re Apple American Group Data Breach Litigation* (the

"Consolidated Action"). All future pleadings, motions, briefs, and other papers shall be filed in the Consolidated Action, No. 1:26-cv-02013.

The Clerk is DIRECTED to associate the following Related Actions as Member Cases on the docket of the Lead Case: Case Nos. 1:26-cv-02024 (whose plaintiff has already been transferred to the docket sheet), 1:26-cv-02079, 1:26-cv-02117, 1:26-cv-02210, and 1:26-cv-02578.

The Clerk is then DIRECTED to close all the Related Actions other than the Consolidated Actions (Case Nos. 1:26-cv-02023, 1:26-cv-02024, 1:26-cv-02025, 1:26-cv-02032, 1:26-cv-02036, 1:26-cv-02048, 1:26-cv-02051, 1:26-cv-02052, 1:26-cv-02053, 1:26-cv-02079, 1:26-cv-02091, 1:26-cv-02117, 1:26-cv-02128, 1:26-cv-02162, 1:26-cv-02210, and 1:26-cv-02578).

Each new case that arises out of the subject matter of the Consolidated Action and is filed in or transferred to this Court shall be consolidated with the Consolidated Action, and this Order shall apply thereto, unless a party objects to consolidation within ten (10) days after the date upon which a copy of this Order is served on counsel for such party, by filing an application for relief, and this Court deems it appropriate to grant such application. Nothing in the foregoing shall be construed as a waiver of Defendants' right to object to consolidation of any subsequently filed or transferred related action.

This Order applies to all actions included in the Consolidated Action and to all subsequently consolidated actions. Counsel for the Moving Plaintiffs shall promptly serve a copy of this Order on counsel for the plaintiff in any related action subsequently filed in or transferred to this Court, to the extent counsel is aware of such action.

Nothing in this Order, the act of consolidation, or any related filings or appearances shall be construed as a waiver, relinquishment, or limitation on Defendants' rights to seek enforcement

of any applicable arbitration agreements involving any plaintiffs or putative class members, and Defendants retain the ability to seek to compel arbitration under the Federal Arbitration Act or related state law at any time.

## II. Assignment to Complex Track

The Consolidated Action is hereby assigned to the Complex Track pursuant to LR 16.2(a).

## III. Initial Pleading and Briefing Deadlines

1. Plaintiffs shall file a consolidated class action complaint within 45 days after entry of this Order;

2. Defendants' deadlines to answer, move, or otherwise respond to the complaints in the Related Actions are held in abeyance pending the filing of the consolidated class action complaint; and

3. Defendants shall answer, move, or otherwise respond to the consolidated class action complaint within 45 days of its filing. If Defendants respond to the consolidated class action complaint by filing a motion to dismiss pursuant to Fed. R. Civ. P. 12, Plaintiffs shall have 30 days to file their response to the motion, and Defendants shall have 30 days from Plaintiffs' response to file their reply in support of the motion.

It is so **ORDERED**.

Date: 11/6/2026

UNITED STATES DISTRICT JUDGE